UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAMARA M. HINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-cv-416-SEB-TAB |
| vs. | ) | |
| | ) | |
| EXTREMITY IMAGING PARTNERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF VENUE
(Docket No. 8)

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss for Lack fo Venue filed at Docket No. 8. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. None were filed. Accordingly, the Court having considered the Magistrate Judge's Report and Recommendation and being duly advised, now approves and adopts the Magistrate Judge's Report and Recommendation as the ruling of the court.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss for Lack of Venue is **DENIED.**

Dated: 12/15/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@fed-law.com

Maureen E. Ward
WOODEN & MCLAUGHLIN LLP
mward@woodmaclaw.com